UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHANNON M. SAXON, ,

          Plaintiff,

-vs-                                  Case No. 6:06-cv-1241-Orl-28JGG

EMERITUS PROPERTIES-NGH, LLC,

          Defendant.

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 25) filed August 21, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed September 5, 2007 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion for Approval of Settlement is **GRANTED** and the Settlement Agreement is approved.

3.     This case is dismissed with prejudice.

4.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_2\_\_\_ day of October, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party